R# 282705

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED VIA MAIL

IN RE:  
LEONEL S. OROZCO

CASE NO.  03-14711-BKC-AJC

JUL 26 2010

BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 354.30 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 23 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

LEONEL S. OROZCO  
3240 S.W. 139TH AVENUE  
MIAMI, FL 33175

PATRICK L. CORDERO, ESQUIRE  
198 NW 37 AVENUE  
MIAMI, FL 33125

WORLDWIDE ASSET PURCHASING LLC  
C/O WORLDWIDE ASSET MANAGEMENT  
P.O. BOX 672047  
MARIETTA, GA 30006

CAPITAL ONE BANK  
PO BOX 85167  
RICHMOND, VA 23285

FNANB/CIRCUIT CITY  
PO BOX 42395  
RICHMOND, VA 23286-5689

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.  03-14711-BKC-AJC
LEONEL S. OROZCO

                                    CHAPTER 13

LEONEL S. OROZCO                    ---------$            .00

3240 S.W. 139TH AVENUE
MIAMI, FL 33175


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


WORLDWIDE ASSET PURCHASING LLC---------$         293.83
C/O WORLDWIDE ASSET MANAGEMENT
P.O. BOX 672047                         UNDELIVERABLE/STALE
MARIETTA, GA 30006                      CLAIM REGISTER# 3

CAPITAL ONE BANK                    ---------$          16.38
PO BOX 85167
RICHMOND, VA 23285                      UNDELIVERABLE/STALE
                                        CLAIM REGISTER# 7

FNANB/CIRCUIT CITY                  ---------$          44.09
PO BOX 42395
RICHMOND, VA 23286-5689
                                        UNDELIVERABLE/STALE
                                        CLAIM REGISTER# 2

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130